# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Damon Mitchell Sondrol, ) | |
| ) | **ORDER FOR STATUS CONFERENCE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| McKenzie County, McKenzie County ) | |
| Sheriff's Department, McKenzie County ) | |
| Correctional Center, Deputy Shaun Schatz, ) | |
| and Sergeant Jonathan Carlson, ) | |
| ) | Case No. 1:19-cv-245 |
| Defendants. ) | |

A status conference will be held before the magistrate judge on June 2, 2020, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS ORDERED.**

Dated this 20th day of February, 2020.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court